Argued and submitted September 11, award of attorney fees reversed and remanded for reconsideration; otherwise affirmed October 9, 2002

In the Matter of the Compensation of
Patricia E. Bauer, Claimant.

## MEIER & FRANK CO.
and the May Department Stores,
*Petitioners,*

*v.*

Patricia E. BAUER,
*Respondent.*

00-07175; A115858

55 P3d 552

Jerald P. Keene argued the cause and filed the briefs for petitioners.

Holly J. Somers argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Award of attorney fees reversed and remanded for reconsideration, *Express Services, Inc. v. Conradson*, 180 Or App 534, 43 P3d 1164, *rev den*, 334 Or 631 (2002); otherwise affirmed.